IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HOWARD SNIDER; PAM SNIDER; JEFF BEALE HOMES and JEFF BEALE, | ) ) ) |
| Defendants. | ) |

CASE NO. 2:11-cv-215-MEF

(WO – Do Not Publish)

**ORDER**

Before the Court is Plaintiff Pennsylvania National Mutual Casualty Insurance Company's Motion to Withdraw Pending Dispositive Motion and to Amend Scheduling Order (Doc. #33) filed on October 4, 2012.  On October 12, 2012, Defendants Jeff Beale Homes and Jeff Beale (the "Beale Defendants") filed a Response Brief to Plaintiff's Motion for Summary Judgment (Doc. #35) in which they request that the Court order Plaintiff to continue to provide them with a defense throughout post-trial motions and appeal.

Having considered the foregoing, it is hereby ORDERED that Plaintiff's Motion to Withdraw Pending Dispositive Motion and to Amend Scheduling Order (Doc. #33) is GRANTED.  A revised scheduling order continuing **only** the deadline to submit dispositive motions to January 15, 2013 will be entered separately.  Plaintiff's previously filed Motion for Summary Judgment (Doc. #27) is DENIED with leave to refile.  Further, to the extent the Beale Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment

(Doc. #35) seeks an order from the Court directing Plaintiff to continue providing them with a post-trial defense, it is likewise DENIED with leave to refile.  A new briefing schedule will be entered upon the refiling of any dispositive motions.

DONE this the 2nd day of November, 2012.

/s/ Mark E. Fuller
United States District Court Judge