IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:11-cv-215-MEF<br>) |
| HOWARD SNIDER, *et al.,* | )<br>) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Jeff Beale's Notice of Bankruptcy (Doc. #48) and the responses received from Plaintiff Pennsylvania National Mutual Casualty Insurance Company and Defendants Howard and Pam Snider to this Court's November 27, 2012 show cause order (Docs. #51-53), it is hereby ORDERED that this matter is set for a telephonic hearing with all parties and the Court participating on **Wednesday, February 6, 2013 at 9:30 a.m.** Counsel for the Plaintiff is hereby DIRECTED to initiate the call.

DONE this the 25th day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE